UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MADELYN B. BARNES By and on Behalf
of the United States of America, Relator, etc.,

                    Plaintiff,

v.

HEALTHNOW NEW YORK INC., etc.,

                    Defendant.

**AFFIDAVIT**

Civil Action No.:
1:16-cv-0088-JLS

---

STATE OF NEW YORK  )
                            ) SS:
COUNTY OF ERIE     )

        Lisa M. Burke, being duly sworn, deposes and says:

        1.     I am employed by Highmark Western and Northeastern New York Inc., f/k/a HealthNow New York Inc. ("HealthNow"). I have been employed by HealthNow since 1985.

        2.     I have reviewed the notice of audit (the "Audit Notice") attached to these moving papers as **Exhibit A**. The Audit Notice was received from the BlueCross BlueShield Association (the "Association") and then forwarded to HealthNow.

        3.     I coordinated the response to the Audit Notice. HealthNow's response included completing entries to a spreadsheet identifying 60 different claims to review and preparing electronic "folders" that included requested documentation.

        4.     The 60 claims involved individual enrollees and their protected health information, including descriptions of the medical services that each received on an in-patient basis.

5. The Audit Notice directed HealthNow to compare the payments made against the provider charges, and to confirm that the payments that exceeded charges were "allowable" and properly made. Notations to that effect were included on the spreadsheet.

6. HealthNow prepared 60 different "folders" in which information was placed from HealthNow's records concerning the payments and charges. These included screen shots that showed payment determinations.

7. For each claim on the spreadsheet, HealthNow provided the information requested and confirmed that, with the exception of two underpayments, appropriate payments were made.

8. In five instances among the 60 identified claims, HealthNow was requested that contracts for the referenced provider hospital be included in the folder.

9. HealthNow believed in 2012 that the audit was properly completed based on the guidelines. HealthNow provided the Association with information on the spreadsheets, as well as the folders.

_____
Lisa M. Burke

STATE OF NEW YORK )
                  ) SS:
COUNTY OF ERIE    )

On the 25th day of May in the year 2021, before me, personally appeared Lisa M. Burke via direct interaction video conference (as permitted by New York State Executive Order 202.7 dated March 19, 2020), who is personally known to me to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, that she was physically situated in the State of New York, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

LAURA A. KRYTA
No. 01KR6288575
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 09/09/20 21

- 2 -