# EXHIBIT A



**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**OFFICE OF INSPECTOR GENERAL**
**EXPERIENCE-RATED AUDITS GROUP**

**INFORMATION REQUEST (IR)**

#     **1**

PLAN:  BLUECROSS AND BLUESHIELD (BCBS) PLANS

TO:  CONNIE WOODARD, DIRECTOR                TELE. (202) 942-1159
     FEP PROGRAM ASSURANCE               EMAIL. Connie.Woodard@bcbsa.com
     BLUECROSS BLUESHIELD ASSOCIATION

FROM:  JULIE JOHNSON, LEAD AUDITOR               TELE. (904) 899-0505
       BETHANY SUTHERLAND, AUDITOR               TELE. (904) 899-0503

**DATE:** SEPTEMBER 28, 2012

**BCBS PLANS DUE DATE:** <u>DECEMBER 14, 2012</u>

**SUBJECT:** <u>GLOBAL AMOUNTS PAID EXCEEDED COVERED CHARGES AUDIT</u>

<u>**SCOPE: FEBRUARY 1, 2010 THOUGH JULY 31, 2012**</u>

We will review claims paid from February 1, 2010 through July 31, 2012 where the amounts paid exceeded the covered charges (APG). We performed a computer search on the BCBS claims database, using our data warehouse function, to identify claims reimbursed during this period where the amounts paid exceeded covered charges.  Based on our claim variance reports, we identified 150,221 claims where the amounts paid exceeded covered charges by a total of approximately $222 million.  From this universe, we selected a sample of 3,542 inpatient claims, totaling $89,907,050 in variances or potential overpayments, and 1,799 outpatient claims, totaling $15,500,556 in variances or potential overpayments. In total, we will review 5,341 claims, totaling $105,407,606 in variance or potential overcharges where the amounts paid exceeded covered charges for 52 of the 64 BCBS plans.

Attached are **52** excel files with our APG claim samples, by BCBS plan site.  Each excel file contains three tabs to complete the APG review, "IR#1A – APG Inpatient" tab, "IR#1B – APG Outpatient" and "Summary" tab.  For each enclosed spreadsheet, please request the applicable BCBS plan to review each sample item number located on the review tabs and determine if each claim was priced and paid correctly.  Complete columns **"AK" through "BH"** for each sample item number to determine the pricing for each claim.  The "Summary" tab contains formulas that will summarize the plan's total agree and disagree amounts.  <u>Plans should not attempt to manually alter any information in the "Summary" tab or OPM-OIG locked cells.</u>  **See attachment A for instructions on completing the spreadsheets and providing documentation.**



**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**OFFICE OF INSPECTOR GENERAL**
**EXPERIENCE-RATED AUDITS GROUP**

# INFORMATION REQUEST (IR)

Each BCBS plan should coordinate all question(s) and request(s) with Connie Woodard from the Association's FEP Director's Office.   Please submit the completed review of the plan's response (spreadsheet) and supporting documentation to Connie Woodard by **December 14, 2012**.   After receiving the plans' spreadsheet responses and supporting documentation, the BCBSA will verify these submissions for accuracy and completeness, and then prepare and submit a written response to the draft report as well as provide the plans' completed spreadsheets and supporting documentation to OPM-OIG by **January 4, 2013**.



**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**OFFICE OF INSPECTOR GENERAL**
**EXPERIENCE-RATED AUDITS GROUP**

**INFORMATION REQUEST (IR)**

### ATTACHMENT A

### INSTRUCTIONS FOR COMPLETING THE SPREADSHEET

Please review each claim to determine if the APG sample was priced and paid correctly and complete the corresponding excel columns.

### SECTION I: IDENTIFYING APG CLAIMS
### COMPLETE COLUMNS "AK" THROUGH "AN"

**For each sample item number complete the following:**

- **Column "AK" through "AM"**: For column "AK", select "YES" or "NO" to indicate if the claim amount paid that exceeded the covered charges was allowable. If column "AK" equals "YES", then select from the drop down list the reason why the amount paid exceeded the covered charges was allowable in column "AL". If "C06 – Other" is selected, please provide an additional explanation in column "AM".

- **Column "AN"**: Indicate "YES" or "NO" if the plan provided the appropriate documentation. *See Exhibit A for instructions on providing documentation.*

### SECTION II: RECALCULATION OF CLAIM
### COMPLETE COLUMNS "AO" THROUGH "AY"

**For each sample item number complete the following:**

- **Column "AO" and "AP"**: Indicate the type of pricing used to recalculate the claim in column "AO". If "B09 – Other" is selected, please provide an additional explanation in column "AP".

- **Column "AQ" through "AX"**: Recalculate the claim or claim line by completing columns "AQ" through "AU" and determine if the claim priced and paid correctly. *Columns AV" through "AX" are formula driven and are OPM-OIG LOCKED COLUMNS.*

- **Column "AX"**: Identify if the claim was "Paid Correctly" or "Paid Incorrectly" as indicated in the cell. *This column is formula driven and locked by OPM-OIG and allows for a $5 pricing variance.* **For each sample that is identified as paid correctly, complete column "BB". For each sample that is identified as paid incorrectly, complete Section III – Claim Payment Errors in its entirety.**

- **Column "AY"**: Please provide any additional comments that will assist in the review of the plan's recalculation of the claim.



**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**OFFICE OF INSPECTOR GENERAL**
**EXPERIENCE-RATED AUDITS GROUP**

**INFORMATION REQUEST (IR)**

**SECTION III: CLAIM PAYMENT ERRORS**
**IF COLUMN "AX" = "Paid Incorrectly"**
**COMPLETE COLUMNS "AZ" THROUGH "BH"**

For <u>each</u> claim identified as a claim payment error, complete the following:

**Cause of Error**

- **Column "AZ" and "BA"**: Select the appropriate cause of error from the drop down list in column "AZ". If cause of error "Other" is selected, please provide an explanation in column "BA".

**Recovery Process Status**
Columns "BB" through "BH"

- **Column "BB" and "BC"**: Select the appropriate recovery status of the claim payment error from the drop down list in column "BB" (See recovery status categories below). If recovery status "R09 – Other" is selected, please provide an explanation in column "BC".

    - **R01**: Identified as a result of the audit (i.e., identified and/or recovery initiated on or after 09/28/12). - TO BE QUESTIONED

    - **R02**: Recovery initiated before the Audit Notification date (08/01/2012); and overpayment recovered AND returned to the LOCA by the IR due date (12/14/2012). - NOT QUESTIONED

    - **R03**: Recovery initiated on or after the Audit Notification date (08/01/2012) but before receiving the OIG sample on 09/28/12; AND overpayment recovered and returned to the LOCA by the IR due date (12/14/2012). - TO BE QUESTIONED

    - **R04**: Recovery initiated before receiving the OIG sample on 09/28/12; AND overpayment NOT recovered and returned to the LOCA by the IR due date (12/14/2012).[1] - TO BE QUESTIONED

    - **R05**: Recovery initiated before the Audit Notification date (08/01/2012) and recovery efforts have been exhausted and determined uncollectable by the IR due date (12/14/2012).

    - **R06**: Recovery not initiated due to FAM $100 CLAIM TOTAL threshold.

---

[1] R04: Includes recoveries initiated before the Audit Notification date (08/01/12) <u>and/or</u> before receiving the OIG sample on 09/28/12; AND the overpayments were NOT recovered and returned to the LOCA by the IR due date (12/14/12).



**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**OFFICE OF INSPECTOR GENERAL**
**EXPERIENCE-RATED AUDITS GROUP**

# INFORMATION REQUEST (IR)

- ➢ **R07**: Overpayment identified before the Audit Notification date (08/01/12); AND the recovery was not initiated because the overpayment was determined to be uncollectible according to the provider's contract.

- ➢ **RO8**: Overpayment identified on or after the Audit Notification date (08/01/12); AND the recovery was not initiated because the overpayment was determined to be uncollectible according to the provider's contract.

- ➢ **R09**: Other recovery status identified.

- ➢ **PC**: Paid Correctly (claim priced and paid correctly).

- **Column "BD"**: Enter the date the recovery was initiated.

- **Column "BE"**: Enter the <u>actual</u> amount recovered and returned to the FEHBP.

- **Column "BF"**: Enter the date the claim was adjusted or voided in FEP Direct.

- **Column "BG"**: Enter the date the LOCA was adjusted or offset occurred.

- **Column "BH"**: Indicate "YES" or "NO" if the Plan recovered the claim overpayment via offset.

### SECTION IV: RESPONSE TO DRAFT REPORT
### COLUMNS "BI" THROUGH "BP"

**THIS SECTION IS LOCKED BY OPM-OIG; PLEASE VERIFY THE RESPONSE IS COMPLETED ACCURATELY AND PROVIDE ANY NECESSARY COMMENTS IN COLUMN "BP"**

- **Column "BI"**: Amount the plan AGREES with to be questioned in the final report (Plan Response - R01).

- **Column "BJ"**: Amount the Plan DISAGREES WITH DUE TO RECOVERY STATUS to be questioned in the final report (Plan responses - R02 through R09).

- **Column "BK"**: Amount the Plan DISAGREES with to be questioned in the final report (Plan response amounts paid correctly & all other variances that paid correctly).

- **Column "BL"**: Identifies overpayment amounts that exceeded the questioned amount in the draft report and all underpayments.

5



**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**OFFICE OF INSPECTOR GENERAL**
**EXPERIENCE-RATED AUDITS GROUP**

# INFORMATION REQUEST (IR)

- **Column "BO"**: Verify that each claim sample in the spreadsheet was reviewed and a complete response was provided by determining if the cell states "COMPLETE".

- **Column "BP"**: Please provide any additional comments that will assist in the review of the plan's response.

## INSTRUCTIONS FOR PROVIDING DOCUMENTATION

We prefer supporting documentation for each sample item number to be provided as a separate electronic (e.g., tiff, pdf) file. Each sample item number should be properly labeled and identifiable. Please separate the "Agrees" (R01) documentation from the "Disagrees" (R02 through R09 & PC) documentation to assist in our review process. The BCBS plans should provide documentation to support their responses to the draft report as indicate below:

**A. PAID CORRECTLY (PC)** – Using column "BB", identify the samples the plan determined were priced and paid correctly.

**For EACH sample item number that the plan disagrees with the questioned amount because the claim is priced and paid correctly, the plan must provide support for each sample item as indicated below:**

- Complete column "BB" to show the claim is priced and paid correctly.

- Verify a disagree amount populated in column "BK" (Disagree Amount Paid Correctly/Other "Paid Correctly" Variances).

- A *legible* copy of the claim (UB04 or ICD9 format). If the UB04 or ICD9 is unavailable, please provide a copy of the actual hospital/provider bill.

- Screen prints to support the manual re-pricing of the amount paid and charged to the FEHBP (refer to columns AO through AY). For claims processed using a Diagnostic Related Grouper, please provide the grouper screen prints.

- As applicable, for each sample item number highlighted in purple (we selected 10 contracts per plan site), provide the provider's contract in its <u>entirety</u> for the scope of our audit (February 1, 2010 through July 31, 2012), including any amendments. Additionally, the support should easily identify that the sample item was priced and paid correctly according to the provider's contract.

**B. PAID INCORRECTLY (R02 through R09)** - Using column "BB", identify the sample items that were claim payment errors but the plan disagrees the amount should be questioned due to the recovery status.



**U.S. OFFICE OF PERSONNEL MANAGEMENT
OFFICE OF INSPECTOR GENERAL
EXPERIENCE-RATED AUDITS GROUP**

**INFORMATION REQUEST (IR)**

**For each ODD sample item number that the plan disagrees with the questioned amount due to recovery status, the plan must provide the following supporting documentation:**

- A *legible* copy of the claim (UB04 or ICD9 format).  If the UB04 or ICD9 is unavailable, please provide a copy of the actual hospital/provider bill.

- Screen prints to support the manual re-pricing of the amount paid and charged to the FEHBP (refer to columns AO through AY).  For claims processed using a Diagnostic Related Grouper, please provide the grouper screen prints.

- As applicable, for each sample item number highlighted in purple (we selected 10 contracts per plan site), provide the provider's contract in its entirety for the scope of our audit (February 1, 2010 through July 31, 2012), including any amendments.  Additionally, the support should easily identify that the sample was priced and paid correctly according to the provider's contract.

**Additionally, for EACH sample item number that the plan disagrees with the questioned amount due to the recovery status, the plan must provide the following supporting documentation:**

- Provide a copy of the initial recovery letter to the provider notifying the provider of the claim payment error (overpayment) and enter the date of the letter in column "BD".

- Complete Section III – CLAIM PAYMENT ERRORS (columns AZ through BH).  During our review, if we identify that these columns are not accurately completed by the plan, the plan will have to provide complete documentation for each sample item number (FEP Direct screen prints and LOCA or offset support).

  During our review of claim payment errors where the recovery process has been completed, we will select an additional sample (probably in January or February 2013) to verify if these recoveries were returned to the FEHBP via offsets and/or LOCA adjustments, as well as verify the accuracy of the plan's entries for columns "BE" through "BH".

- Verify a disagree amount populated in column "BJ" (disagree amount due to recovery status).  *Any differences between the amount questioned in the draft report (column P) and paid incorrectly (column AW) should populate an amount in column "BK" or "BL".*

- For recovery status (column BB) of "R05" through "R09", provide documentation to support why the recovery was not completed.  This includes, but not limited to, the provider's contract stating the recovery collection period, offset attempts, and collection efforts.



**U.S. OFFICE OF PERSONNEL MANAGEMENT
OFFICE OF INSPECTOR GENERAL
EXPERIENCE-RATED AUDITS GROUP**

# INFORMATION REQUEST (IR)

- As applicable, for each sample item number highlighted in purple (we selected 10 contracts per plan site), provide the provider's contract in its entirety for the scope of our audit (February 1, 2010 through July 31, 2012), including any amendments. Additionally, the support should easily identify that the sample was priced and paid correctly according to the provider's contract.

C. **PAID INCORRECTLY (R01)** - Using column "BB", identify the sample items where the claim payment errors and/or recoveries were identified and/or initiated on or after receiving the OIG sample on 09/28/12.

**Provide the following:**

- Verify an agree amount populated in column "BI". *Any differences between the amount questioned in the draft report (column P) and paid incorrectly (column AW) should populate an amount in column "BK" or "BL".*

- Provide supporting documentation for at least one example for each cause of error identified in column "AZ". The documentation should include the UB04 or ICD9, screen prints of the original pricing and re-pricing of the claim and any additional documentation to support the cause of error. **Please separate the "Agrees" documentation from the "Disagrees" documentation to assist in our review process.**

- As applicable, for each sample highlighted purple (we selected 10 contracts per plan site), provide the provider's contract in its entirety for the scope of our audit (February 1, 2010 through July 31, 2012), including any amendments. Additionally, the support should easily identify that the sample was priced and paid correctly according to the provider's contract.