

February 26, 2025

**Via CM-ECF**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York  14202

***Re:    Barnes v. HealthNow New York, Inc. et al. – Case No. 1:16-cv-00088***

Dear Judge Schroeder:

My office writes on behalf of Plaintiff Relator Madelyn B. Barnes in the above-referenced case, regarding the deadlines associated with a pending motion for judgment on the pleadings filed by Defendant HealthNow New York Inc, et al. ("HealthNow") (Dkt. 171) (the "Motion") and upon conferring with Assistant U.S. Attorney David Coriell and counsel for HealthNow regarding the same.

By Text Order dated February 4, 2024, the Court set Plaintiff's deadline to oppose the Motion for February 28, 2025. (Dkt. 177). This letter respectfully seeks, on consent of opposing counsel, an extension of that deadline as follows.

HealthNow's Motion includes a Notice of Constitutional Challenge, together with a Corrected Notice of Constitutional Challenge, pursuant to Rule 5.1 of the Federal Rules of Civil Procedure. (*See* Dkts. 172, 178). Those related submissions acknowledge that the Motion challenges the "constitutionality of the False Claims Act's *qui tam* provisions, arguing that these provisions violate multiple provisions of the Constitution—the Appointments Clause, the Vesting Clause, and the Take Care Clause" and that "this notice is necessary because the parties to this action 'do not include the United States, one of its agencies, or one of its officers or employees in an official capacity.'" (*See* Dkt. 178, citing Fed. R. Civ. P. 5.1(a)(1)(A)).

Pursuant to Fed. R. Civ. P. 5.1(c), "[u]nless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." *See* Fed. R. Civ. P. 5.1(c).

In light of the foregoing, and in order to streamline and coordinate submissions in response to the Motion, we respectfully seek to extend the standing deadline to respond to the Motion consistent with the time afforded to the government under Rule 5.1, *i.e.* through April 7, 2025.

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202  **Phone:** 716.853.5100   **Fax:** 716.853.5199  **lippes.com**

**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs, Syracuse   **Florida:** Jacksonville, West Palm Beach
**Illinois:** Chicago   **Ohio:** Cleveland   **Oklahoma:** Oklahoma City   **Ontario:** Greater Toronto Area   **Texas:** San Antonio   **Washington, D.C.**



  Mr. Coriell has advised his office in concurrence with this request, and as indicated above, HealthNow has likewise provided its consent. As a result, we respectfully request that the deadline to respond to the Motion be extended up through and including April 7, 2025.

  We thank the Court for its time and attention to this request.

Very truly yours,

**LIPPES MATHIAS LLP**

*Brian C. Mahoney*

Brian C. Mahoney, Esq.

cc: All Counsel of Record via CM/ECF
   Assistant U.S. Attorney David Coriell via CM/ECF