

Honorable John L. Sinatra, Jr.  September 2, 2025
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: *Madelyn B. Barnes, by and on Behalf of the United State of America, and by and on Behalf of the State of New York v. HealthNow New York Inc.*; Case No. 2016-cv-00088

Dear Judge Sinatra:

The Court ordered the parties to commence mediation by Text Order dated May 28, 2020. (Doc. 57). Mediation certifications were filed by the mediator, Michael F. Perley, Esq., on September 23, 2020, and on November 30, 2020.

By its Text Order dated July 31, 2025 (Doc. 220), the Court ordered the parties to participate in mediation and to file a joint status report by September 3, 2025.

The parties jointly report that they have arranged to meet for mediation conference with Mr. Perley on September 30, 2025 in his offices.

A report back to the court will follow that conference.

Very truly yours,

  Phillips Lytle LLP                                           Lippes Mathias

By *Alan J. Bozer*                                By /s Dennis Vacco

  Alan J. Bozer                                               Dennis Vacco
AJBlld
Doc #12887519.1

ATTORNEYS AT LAW

ALAN J. BOZER, OF COUNSEL   DIRECT 716 504 5700   ABOZER@PHILLIPSLYTLE.COM

ONE CANALSIDE  125 MAIN STREET  BUFFALO, NEW YORK 14203-2887   PHONE 716 847 8400   FAX 716 852 6100

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION | PHILLIPSLYTLE.COM